# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a ) <br> BRAZOS LICENSING AND ) <br> DEVELEOPMENT, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ZTE CORPORATION, ZTE (USA), INC., ) <br> AND ZTE (TX), INC., ) <br> ) <br> Defendants. ) | Case No. 6:20-cv-495-ADA |

## APPEARANCE OF COUNSEL

TO:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants ZTE Corporation, ZTE (USA), Inc., and ZTE (TX), Inc.

Date: September 25, 2020.

                                                      Respectfully submitted,

                                                      **DUNLAP BENNETT & LUDWIG**

                                                      /s/ Timothy S. Kittle
                                                      Timothy S. Kittle, OBA No. 21979
                                                      6660 South Sheridan Road, Suite 250
                                                      Tulsa, Oklahoma 74133
                                                      (918) 998-9350 – Telephone
                                                      (918) 998-9360 – Facsimile
                                                      tkittle@dbllawyers.com
                                                      *Attorneys for Defendants:*
                                                      *ZTE Corporation*
                                                      *ZTE (USA), Inc.*
                                                      *ZTE (TX), Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of September, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Travis L. Richins
Texas State Bar No. 24061296
ETHERIDGE LAW GROUP, PLLC
2600 East Southlake Boulevard, Suite 120 /324
Southlake, Texas 76092
(817) 470-7259 – Telephone
(817) 887-5950 – Facsimile
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Travis@EtheridgeLaw.com
*Attorneys for Plaintiff:*
*WSOU Investments, LLC*
*d/b/a Brazos Licensing and Development*

                                                      /s/ Timothy S. Kittle