# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00495-ADA |
| | § | |
| ZTE CORPORATION, ZTE (USA), INC., | § | |
| ZTE (TX), INC. | | |

## ORDER SETTING MOTION HEARING

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING** by Zoom on **Wednesday, September 01, 2021 at 10:00 AM**.

    IT IS SO ORDERED this 31st day of August, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE