# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

WSOU INVESTMENTS LLC §
§
vs. § NO: WA:20-CV-00495-ADA
§
ZTE CORPORATION, ZTE (USA), INC., §
ZTE (TX), INC.

## ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by Zoom on March 03, 2022 at 02:00 PM.

IT IS SO ORDERED this 28th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE